FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

2018 AUG 30 PM 4: 06

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:18-cr-386-T-17CPT

18 U.S.C. § 2285(a) and (b)

GERMINIO ORTIZ PERLAZA,
ANGEL MARIN, and
JAILER ALEXIS SEVILLANO PRECIADO

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From an unknown date, continuing through on or about August 21,

2018, while upon the high seas on board a vessel subject to the jurisdiction of

the United States, the defendants,

GERMINIO ORTIZ PERLAZA,
ANGEL MARIN, and
JAILER ALEXIS SEVILLANO PRECIADO,

did knowingly and willfully conspire with each other and other persons, both

known and unknown to the Grand Jury, to operate and embark by any means

in a semi-submersible vessel without nationality and with the intent to evade

detection into, through, or from waters beyond the outer limit of the territorial

sea of a single country or a lateral limit of that country's territorial sea with an adjacent country.

All in violation of 18 U.S.C. § 2285(a) and (b).

## COUNT TWO

From an unknown date, continuing through on or about August 21, 2018, while upon the high seas on board a vessel subject to the jurisdiction of the United States, the defendants,

GERMINIO ORTIZ PERLAZA,
ANGEL MARIN, and
JAILER ALEXIS SEVILLANO PRECIADO,

did knowingly and intentionally operate and embark by any means in a semi-submersible vessel without nationality, with the intent to evade detection into, through, or from waters beyond the outer limit of the territorial sea of a single country or a lateral limit of that county's territorial sea with an adjacent country.

All in violation of 18 U.S.C. § 2285(a) and (b), and 18 U.S.C. § 2.

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By:   _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

By:   _____
Josephine W. Thomas
Assistant United States Attorney
Chief, Criminal Division

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Tampa Division

THE UNITED STATES OF AMERICA

vs.

GERMINIO ORTIZ PERLAZA,
ANGEL MARIN, and
JAILER ALEXIS SEVILLANO PRECIADO

## INDICTMENT

Violations:   18 U.S.C. § 2285(a) and (b)

A true bill.

_____
Foreperson

Filed in open court this 30th day

of August 2018.

_____
Clerk

Bail $_____